IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT EVANS MAHLER,

    Plaintiff,

v.

MCKENZIE-WILLAMETTE MEDICAL CENTER and OREGON MEDICAL GROUP,

    Defendants.

Civ. No. 6:20-cv-02016-MK

ORDER

MCSHANE, Judge:

    Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 25), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 25) is adopted. This case is dismissed without prejudice.

IT IS SO ORDERED.

    DATED this 9th day of December, 2021.

                                      /s/ Michael J. McShane
                                        Michael McShane
                                    United States District Judge